On respondent's motion for reconsideration filed April 2, reconsideration allowed; opinion (113 Or App 750, 832 P2d 52 (1992)) withdrawn; conviction affirmed and remanded for resentencing June 2, 1993

STATE OF OREGON,
*Respondent,*

*v.*

RUSSELL L. WHITE,
*Appellant.*

(9011-36814; CA A68807)

852 P2d 283

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, for motion.

Before Richardson, Chief Judge, and Deits and Durham, Judges.

PER CURIAM

Motion for reconsideration allowed; opinion withdrawn; conviction affirmed and remanded for resentencing. *State v. Ferrell*, 315 Or 213, 843 P2d 939 (1992).